| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Daniela Alejandra Egui Rodenas** | CHAPTER: **7** |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/25/2026 Daniela Alejandra Egui Rodenas
Printed name of Debtor 1

[signature]
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

**TRADER JOE'S**

**Employee Name:** Daniela A-Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place, Rancho Mission Viejo, CA 92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 7/30/2026
**Pay Period:** 7/13/2026 - 7/26/2026
**Deposit Advice #:** 308218306
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.0000
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue, P.O.Box 5049, Monrovia, CA 91016

| | Current 7/13/2026 - 7/26/2026 | | | YTD As of 7/26/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **42.7670** | | **$961.67** | **877.5330** | **$22,628.25** |
| Regular | 35.6000 | 25.0000 | $890.00 | 725.0322 | $17,982.21 |
| Time Off Acct | | | | 21.2668 | $529.42 |
| Bonus Special | | | | | $2,804.28 |
| Sunday Premium | 7.1670 | 10.0000 | $71.67 | 124.0170 | $1,240.17 |
| Holiday Premium | | | | 7.2170 | $72.17 |
| **Memo Information** | | | | | **$175.00** |
| ER HSA | | | | | $175.00 |
| **Pre-Tax Deductions** | | | **$9.62** | | **$198.26** |
| 401K | | | $9.62 | | $198.26 |
| **Taxes** | | | **$130.77** | | **$4,476.21** |
| Fed W/H | | | $33.28 | | $1,789.70 |
| FICA EE | | | $59.62 | | $1,402.95 |
| Fed MWT EE | | | $13.94 | | $328.11 |
| CA W/H | | | $11.43 | | $661.29 |
| CA DT EE | | | $12.50 | | $294.16 |
| **Post-Tax Deductions** | | | **$0.30** | | **$154.52** |
| Health Ins | | | | | $150.02 |
| Suppl Life | | | $0.30 | | $4.50 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$820.98** | | **$17,799.26** |
| Direct Deposit | 031101279 | XXXXXXXXXXX6619 | $820.98 | | |

## Other Payroll Information

| | |
|---|---|
| Hours Worked | 35.6000 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Time Off Account Balance: | $558.04 Dollars | Time Off Account Accrued: | $53.85 Dollars |

**TRADER JOE'S**

| | |
|---|---|
| **Employer Name:** | Trader Joe's Company |
| **Employer Phone:** | 626-599-3700 |
| **Employer Address:** | 800 South Shamrock Avenue<br>P.O.Box 5049<br>Monrovia, CA 91016 |

| | |
|---|---|
| **Employee Name:** | Daniela A Egui Rodenas |
| **Employee #:** | 1292168 |
| **Employee Address:** | 1405 Gateway Place<br>Rancho Mission Viejo, CA 92694 |
| **Department:** | STORE |
| **Job Title:** | Crew |
| **Site:** | 249 San Juan Capistrano, CA |

| | |
|---|---|
| **Pay Date:** | 7/30/2026 |
| **Pay Period:** | 7/13/2026 - 7/26/2026 |
| **Deposit Advice #:** | 308218306 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 25.0000 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (CA) |
| **State Exemptions:** | (CA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 7/13/2026 | 7/19/2026 | 14.2500 | 25.0000 | $356.25 |
| Regular | 7/20/2026 | 7/26/2026 | 21.3500 | 25.0000 | $533.75 |
| Sunday Premium | 7/20/2026 | 7/26/2026 | 7.1670 | 10.0000 | $71.67 |

**TRADER JOE'S**

**Employee Name:** Daniela A Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place, Rancho Mission Viejo, CA 92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 8/13/2026
**Pay Period:** 7/27/2026 - 8/9/2026
**Deposit Advice #:** 317167940
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.7500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue, P.O.Box 5049, Monrovia, CA 91016

| | **Current 7/27/2026 - 8/9/2026** | | | **YTD As of 8/9/2026** | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **60.6335** | | **$1,470.75** | **938.1665** | **$24,099.00** |
| Regular | 54.8835 | 25.7500 | $1,413.25 | 779.9157 | $19,395.46 |
| Time Off Acct | | | | 21.2668 | $529.42 |
| Bonus Special | | | | | $2,804.28 |
| Sunday Premium | 5.7500 | 10.0000 | $57.50 | 129.7670 | $1,297.67 |
| Holiday Premium | | | | 7.2170 | $72.17 |
| **Memo Information** | | | | | **$175.00** |
| ER HSA | | | | | $175.00 |
| **Pre-Tax Deductions** | | | **$14.71** | | **$212.97** |
| 401K | | | $14.71 | | $212.97 |
| **Taxes** | | | **$250.02** | | **$4,726.23** |
| Fed W/H | | | $90.88 | | $1,880.58 |
| FICA EE | | | $91.19 | | $1,494.14 |
| Fed MWT EE | | | $21.33 | | $349.44 |
| CA W/H | | | $27.50 | | $688.79 |
| CA DT EE | | | $19.12 | | $313.28 |
| **Post-Tax Deductions** | | | **$0.30** | | **$154.82** |
| Health Ins | | | | | $150.02 |
| Suppl Life | | | $0.30 | | $4.80 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,205.72** | | **$19,004.98** |
| Direct Deposit | 031101279 | XXXXXXXXXXX6619 | $1,205.72 | | |

## Other Payroll Information

| | |
|---|---|
| Hours Worked | 54.8835 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Time Off Account Balance: | $640.40 Dollars | Time Off Account Accrued: | $82.36 Dollars |

TRADER JOE'S

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue P.O.Box 5049 Monrovia, CA 91016

**Employee Name:** Daniela A Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place Rancho Mission Viejo, CA 92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 8/13/2026
**Pay Period:** 7/27/2026 - 8/9/2026
**Deposit Advice #:** 317167940
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.7500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 7/27/2026 | 8/2/2026 | 27.6825 | 25.7500 | $712.82 |
| Regular | 8/3/2026 | 8/9/2026 | 27.2010 | 25.7500 | $700.43 |
| Sunday Premium | 8/3/2026 | 8/9/2026 | 5.7500 | 10.0000 | $57.50 |

**TRADER JOE'S**

| | |
|---|---|
| **Employee Name:** | Daniela A Egui Rodenas |
| **Employee #:** | 1292168 |
| **Employee Address:** | 1405 Gateway Place<br>Rancho Mission Viejo, CA 92694 |
| **Department:** | STORE |
| **Job Title:** | Crew |
| **Site:** | 249 San Juan Capistrano, CA |

| | |
|---|---|
| **Pay Date:** | 8/27/2026 |
| **Pay Period:** | 8/10/2026 - 8/23/2026 |
| **Deposit Advice #:** | 325104212 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 25.7500 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (CA) |
| **State Exemptions:** | (CA) |

| | |
|---|---|
| **Employer Name:** | Trader Joe's Company |
| **Employer Phone:** | 626-599-3700 |
| **Employer Address:** | 800 South Shamrock Avenue<br>P.O.Box 5049<br>Monrovia, CA 91016 |

| | Current 8/10/2026 - 8/23/2026 | | | YTD As of 8/23/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **35.9165** | | **$924.85** | **974.0830** | **$25,023.85** |
| Regular | 35.9165 | 25.7500 | $924.85 | 815.8322 | $20,320.31 |
| Time Off Acct | | | | 21.2668 | $529.42 |
| Bonus Special | | | | | $2,804.28 |
| Sunday Premium | | | | 129.7670 | $1,297.67 |
| Holiday Premium | | | | 7.2170 | $72.17 |
| **Memo Information** | | | | | **$175.00** |
| ER HSA | | | | | $175.00 |
| **Pre-Tax Deductions** | | | **$9.25** | | **$222.22** |
| 401K | | | $9.25 | | $222.22 |
| **Taxes** | | | **$123.05** | | **$4,849.28** |
| Fed W/H | | | $29.64 | | $1,910.22 |
| FICA EE | | | $57.34 | | $1,551.48 |
| Fed MWT EE | | | $13.41 | | $362.85 |
| CA W/H | | | $10.63 | | $699.42 |
| CA DT EE | | | $12.03 | | $325.31 |
| **Post-Tax Deductions** | | | **$0.30** | | **$155.12** |
| Health Ins | | | | | $150.02 |
| Suppl Life | | | $0.30 | | $5.10 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$792.25** | | **$19,797.23** |
| Direct Deposit | 031101279 | XXXXXXXXXXX6619 | $792.25 | | |

## Other Payroll Information

| | |
|---|---|
| Hours Worked | 35.9165 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Time Off Account Balance: | $692.19 Dollars | Time Off Account Accrued: | $51.79 Dollars |

TRADER JOE'S

**Employee Name:** Daniela A Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place, Rancho Mission Viejo, CA 92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 8/27/2026
**Pay Period:** 8/10/2026 - 8/23/2026
**Deposit Advice #:** 325104212
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.7500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue, P.O.Box 5049, Monrovia, CA 91016

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 8/10/2026 | 8/16/2026 | 21.5325 | 25.7500 | $554.46 |
| Regular | 8/17/2026 | 8/23/2026 | 14.3840 | 25.7500 | $370.39 |

**TRADER JOE'S**

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue, P.O.Box 5049, Monrovia, CA 91016

**Employee Name:** Daniela A Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place, Rancho Mission Viejo, CA 92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 9/10/2026
**Pay Period:** 8/24/2026 - 9/6/2026
**Deposit Advice #:** 333368377
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.7500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

| | Current 8/24/2026 - 9/6/2026 | | | YTD As of 9/6/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **28.6500** | | **$737.74** | **1,002.7330** | **$25,761.59** |
| Regular | 28.6500 | 25.7500 | $737.74 | 844.4822 | $21,058.05 |
| Time Off Acct | | | | 21.2668 | $529.42 |
| Bonus Special | | | | | $2,804.28 |
| Sunday Premium | | | | 129.7670 | $1,297.67 |
| Holiday Premium | | | | 7.2170 | $72.17 |
| **Memo Information** | | | | | **$175.00** |
| ER HSA | | | | | $175.00 |
| **Pre-Tax Deductions** | | | **$7.38** | | **$229.60** |
| 401K | | | $7.38 | | $229.60 |
| **Taxes** | | | **$83.68** | | **$4,932.96** |
| Fed W/H | | | $11.11 | | $1,921.33 |
| FICA EE | | | $45.74 | | $1,597.22 |
| Fed MWT EE | | | $10.69 | | $373.54 |
| CA W/H | | | $6.55 | | $705.97 |
| CA DT EE | | | $9.59 | | $334.90 |
| **Post-Tax Deductions** | | | **$0.30** | | **$155.42** |
| Health Ins | | | | | $150.02 |
| Suppl Life | | | $0.30 | | $5.40 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$646.38** | | **$20,443.61** |
| Direct Deposit | 031101279 | XXXXXXXXXXX6619 | $646.38 | | |

## Other Payroll Information

| | |
|---|---|
| Hours Worked | 28.6500 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Time Off Account Balance: | $733.50 Dollars | Time Off Account Accrued: | $41.31 Dollars |

**TRADER JOE'S**

**Employee Name:** Daniela A Egui Rodenas
**Employee #:** 1292168
**Employee Address:** 1405 Gateway Place
Rancho Mission Viejo, CA
92694
**Department:** STORE
**Job Title:** Crew
**Site:** 249 San Juan Capistrano, CA

**Pay Date:** 9/10/2026
**Pay Period:** 8/24/2026 - 9/6/2026
**Deposit Advice #:** 333368377
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 25.7500
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (CA)
**State Exemptions:** (CA)

**Employer Name:** Trader Joe's Company
**Employer Phone:** 626-599-3700
**Employer Address:** 800 South Shamrock Avenue
P.O.Box 5049
Monrovia, CA 91016

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 8/24/2026 | 8/30/2026 | 14.3000 | 25.7500 | $368.23 |
| Regular | 8/31/2026 | 9/6/2026 | 14.3500 | 25.7500 | $369.51 |